JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL CONTRERAS, | NO. CV 08-07564 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 25, 2009                                         /S/

                                            _____
                                            SUZANNE H. SEGAL
                                            UNITED STATES MAGISTRATE JUDGE